IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00696-REB-MEH

ALTA A. PAPE,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 14, 2008.**

    Defendant's Unopposed Motion to Allow Defendant's Client Representative to Attend in [sic] Scheduled Settlement Conference by Telephone [filed July 14, 2008; doc #14] is **granted**. Defense counsel shall ensure that the client representative is available to participate in the conference throughout the entire length of the conference.